PROB 35
(Rev. 5/01)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.   Crim. No. 16-CR-20732-10

DERRICK HICKS

On <u>August 2, 2019</u>, the above named was placed on supervised release for a period of <u>two</u> years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

s/Elizabeth Campana
United States Probation Officer Assistant
313-234-5409

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   25th   day of   March   , 2021   .

s/Robert H. Cleland
Robert H. Cleland
United States District Judge